# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| GLENN SHERMAN SEALS, JR., | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-17-1321-R |
| JASON BRYANT, Warden, | ) |
| Respondent. | ) |

## ORDER

Plaintiff filed this pro se habeas petition pursuant to 28 U.S.C. § 2254 for relief from his state court conviction. Doc. 1. The Court referred the matter to Magistrate Judge Shon Erwin for review consistent with 28 U.S.C. §§ 636(b)(1)(B), 636(b)(3) and Fed. R. Civ. Pro. 72(b). Doc. 6. On January 22, 2018, Judge Irwin issued a Report and Recommendation wherein he recommended that the action be dismissed for failure to exhaust state court remedies. Doc. 8. The record reflects that neither party has filed an objection to the Report and Recommendation or motion for additional time in which to object, and the time for such objections has run. Accordingly, the Report and Recommendation (Doc. 8) is hereby ADOPTED IN ITS ENTIRETY. The petition is thereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 22nd day of March, 2018.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE